UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SAYLETH COLMENARES PRIMERA, Petitioner,

v. Civil Action No. 4:26-cv-616-DJH

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Respondent.

* * * * *

**ORDER**

Petitioner Sayleth Colmenares Primera filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Docket No. 1) On September 16, 2026, Respondents filed a notice stating that Primera had been removed from the country. (D.N. 6) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Primera's habeas petition (D.N. 1) is **DENIED** as moot. This matter is **CLOSED** and **STRICKEN** from the Court's active docket.

September 18, 2026

**David J. Hale, Chief Judge**
**United States District Court**